UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUSINESS EXPOSURE REDUCTION GROUP (BERG) ASSOCIATES, LLC,<br><br>         Plaintiff,<br>     -v-<br><br>PERSHING SQUARE CAPITAL MANAGEMENT, L.P.<br><br>         Defendant. | 20 Civ. 10053 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

  The Court will hold oral argument in this case on **Wednesday, June 23, at 3:30 p.m.,** on defendants' pending motion to dismiss the amended complaint. This argument will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound (#) key. **Counsel are directed to review the Court's Emergency Rules and Practices in Light of COVID-19**, found at https://nysd.uscourts.gov/hon-paul-engelmayer, for the Court's procedures for telephonic conferences and for instructions for communicating with chambers.

  SO ORDERED.

                    *Paul A. Engelmayer*
                    PAUL A. ENGELMAYER
                    United States District Judge

Dated: May 28, 2021
     New York, New York