**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BUSINESS EXPOSURE REDUCTION
GROUP (BERG) ASSOCIATES, LLC,

                    Plaintiff,

     -against-                                  20 **CIVIL** 10053 (PAE)

                                                                **<u>JUDGMENT</u>**

PERSHING SQUARE CAPITAL
MANAGEMENT, L.P.,

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 16, 2021, the Court grants Pershing's motion to dismiss BERG's Amended Complaint, in its entirety and with prejudice; accordingly, this case is closed.

**Dated:** New York, New York

      July 19, 2021

                                                                       **RUBY J. KRAJICK**
                                                                     **Clerk of Court**
                                                 **BY:**
                                                                       **Deputy Clerk**